■ SHIRLEY CAMMER, Appellant, v PATRICK MARSH, Respondent.—Appeal from an order and judgment of the Supreme Court at Special Term, entered May 20, 1976 in Albany County, which granted a motion by defendant for summary judgment dismissing the complaint. Order and judgment affirmed, with costs, on the opinion of Casey, J., at Special Term. Koreman, P. J., Greenblott, Sweeney, Mahoney and Larkin, JJ., concur.